In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening and Extending of Brigham Street in the Borough of Brooklyn.

330 WEST 95TH STREET CORPORATION, Appellant.

Submitted January 5, 1937; decided January 19, 1937.

*Ralph L. Baldwin* for appellant.

*Paul Windels, Corporation Counsel (Reuben Levy, Paxton Blair* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.